UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------X
R.R. and O.R. on behalf of A.R., an infant,

          Plaintiffs,          Docket No. 2:07-cv-05282 (HAA)

-against-

BOARD OF EDUCATION OF THE TOWNSHIP
OF SPRINGFIELD,                        **ORDER**

          Defendant.
-------------------------------------------------X

This matter having been opened to the Court by Kirsch Gartenberg Howard LLP, on a motion for an Order pursuant to Fed.R.Civ.P. 7(b) allowing Kirsch Gartenberg Howard L.L.P. to withdraw as attorneys of record for plaintiffs and the Court having considered the papers submitted, and for good cause shown,

IT IS this 22 day of January, 2009

ORDERED as follows:

1. That the motion be and hereby is granted and Kirsch Gartenberg Howard L.L.P. is discharged as attorneys of record for plaintiffs.

2. That the plaintiffs are ORDERED to appear before the Honorable Esther Salas United States Magistrate Judge on February 11, 2009 at 3:30 p.m. at the Martin Luther King Courthouse, 50 Walnut Street, Newark, New Jersey 07101.

3. That the defendant's motion for summary judgment presently returnable on February 2, 2009 shall be carried to March 16, 2009.

4. That a copy of this Order shall be served upon counsel for all parties within 7 days of the date of receipt.

_____
ESTHER SALAS
United States Magistrate Judge

H:\3910-000 Rodriguez-RR\Pleading\Amended Order.doc